UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ERIC SCHWENK,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JIM MCDONALD, Warden, La Palma Correctional Center,<br><br>　　　　　Respondent. | Case No. 5:14-cv-04971-EJD<br><br>**ORDER TO SHOW CAUSE RE: PETITION FOR WRIT OF HABEAS CORPUS**<br><br>Re: Dkt. No. 1 |

After a trial in Humboldt County Superior Court, a jury found Petitioner Eric Schwenk ("Petitioner") guilty on July 2, 2010, of two counts of committing a lewd act on a child in violation of California Penal Code § 288(a). On August 31, 2010, Petitioner was sentenced to a prison term of 16 years on the first count, a consecutive 4-year term on the second count, and two 5-year enhancements under Penal Code §§ 667 and 667.51. He is currently incarcerated at La Palma Correctional Center in Eloy, Arizona.

Petitioner, represented by counsel, initiated the instant habeas action pursuant to 28 U.S.C. § 2254 on November 10, 2014. The court has reviewed the § 2254 Petition and has determined that it warrants a response from Respondent. Accordingly, the court orders Respondent to show cause why the petition should not be granted, as follows:

1. The Clerk shall serve by mail a copy of this Order to Show Cause and the Petition and all attachments (Docket Item No. 1) upon Respondent.

2. Respondent shall file with the court and serve on Petitioner, within sixty (60) days of the date this order is filed, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted.

1
Case No.: 5:14-cv-04971-EJD
ORDER TO SHOW CAUSE RE: PETITION FOR WRIT OF HABEAS CORPUS

1  Respondent shall file with the answer and serve on Petitioner a copy of all portions of the
2  underlying state criminal court records that have been transcribed previously and that are relevant
3  to a determination of the issues presented by the Petition.

4      3.    If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with
5  the court and serving a copy on Respondent within thirty (30) days of his receipt of the answer.

6      4.    Respondent may file a motion to dismiss on procedural grounds in lieu of an
7  answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section
8  2254 Cases.  If Respondent files such a motion, Petitioner shall file with the court and serve on
9  Respondent an opposition or statement of non-opposition within thirty (30) days of receipt of the
10 motion.  Respondent may file with the court and serve on Petitioner a reply within fifteen (15)
11 days of receipt of any opposition.

**IT IS SO ORDERED.**

Dated:  July 16, 2015



EDWARD J. DAVILA
United States District Judge

2
Case No.: 5:14-cv-04971-EJD
ORDER TO SHOW CAUSE RE: PETITION FOR WRIT OF HABEAS CORPUS