UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ERIC SCHWENK,

    Petitioner,

    v.

JIM MCDONALD, Warden, La Palma Correctional Center,

    Respondent.

Case No. 5:14-cv-04971-EJD

**ORDER REISSUING ORDER TO SHOW CAUSE RE: PETITION FOR WRIT OF HABEAS CORPUS**

On July 17, 2015, this court issued an order to show cause requiring Respondent Jim McDonald, Warden of the La Palma Correctional in Eloy, Arizona ("Respondent"), to respond to a 28 U.S.C. § 2254 habeas petition filed by California prisoner Eric Schwenk ("Petitioner") on or before September 15, 2015. See Docket Item No. 11. Although the docket indicates that Respondent was served with a copy of the order, no response was received by the deadline. And while not a valid excuse for Respondent to ignore a court order, the lack of response may be due to the fact that Petitioner is incarcerated in a private, out-of-state prison.

Under these circumstances, the court finds it appropriate to reissue the order to show cause and, this time, order service on both Respondent an on the California Attorney General.

Accordingly, the court orders Respondent to show cause why the petition should not be granted, as follows:

1. The Clerk shall serve by mail a copy of this Order and the Petition and all attachments (Docket Item No. 1) upon Respondent at the following address: La Palma Correctional Center, 5501 N. La Palma Road, Eloy, AZ 85131. The Clerk shall also serve by mail

1

Case No.: 5:14-cv-04971-EJD
ORDER REISSUING ORDER TO SHOW CAUSE RE: PETITION FOR WRIT OF HABEAS CORPUS

1  a copy of this Order and the Petition and all attachments upon the California Attorney General at
2  the following address: California State Attorney General's Office, 455 Golden Gate Avenue, Suite
3  11000, San Francisco, CA 94102.

4      2.    Respondent shall file with the court and serve on Petitioner, within sixty (60) days
5  of the date this order is filed, an answer conforming in all respects to Rule 5 of the Rules
6  Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be granted.
7  Respondent shall file with the answer and serve on Petitioner a copy of all portions of the
8  underlying state criminal court records that have been transcribed previously and that are relevant
9  to a determination of the issues presented by the Petition.

10      3.    If Petitioner wishes to respond to the answer, he shall do so by filing a traverse with
11  the court and serving a copy on Respondent within thirty (30) days of his receipt of the answer.

12      4.    Respondent may file a motion to dismiss on procedural grounds in lieu of an
13  answer, as set forth in the Advisory Committee Notes to Rule 4 of the Rules Governing Section
14  2254 Cases. If Respondent files such a motion, Petitioner shall file with the court and serve on
15  Respondent an opposition or statement of non-opposition within thirty (30) days of receipt of the
16  motion. Respondent may file with the court and serve on Petitioner a reply within fifteen (15) days
17  of receipt of any opposition.

19  **IT IS SO ORDERED.**

20  Dated: September 22, 2015

                                              EDWARD J. DAVILA
                                              United States District Judge

United States District Court
Northern District of California

2
Case No.: 5:14-cv-04971-EJD
ORDER REISSUING ORDER TO SHOW CAUSE RE: PETITION FOR WRIT OF HABEAS CORPUS